Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**RECEIVED**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

AUG 1 3 2008

UNITED STATES OF AMERICA

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

V

Case No. 3:04-cr-049-03-JWS

Julio Valcarcel

On January 6, 2005, the above-named was convicted of Drug Conspiracy and sentenced to a 30-month term of imprisonment followed by a three-year term of supervised release. On June 16, 2006, the defendant released to the community and commenced his term of supervised release. The defendant has maintained a residence, maintained employment, and has appeared to remain in compliance with the terms and conditions of supervised release for the first two years of his three-year term of supervised release. After submitting 38 clean drug tests over the first eighteen months of supervision and rarely missing a scheduled test, the defendant was removed from the drug testing program. The defendant has paid the special assessment in this case, has no outstanding financial obligations related to this case, and has no treatment needs to address. The U.S. Attorney's Office has been consulted and has no objection to early termination from supervision. Therefore, it is respectfully recommended that the defendant's term of supervised release be terminated at this time.

Respectfully submitted,

**REDACTED SIGNATURE**

8/2/08
Date

Timothy M. Astle
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 13th day of August, 2008.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge